UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peether Vang, | Judge John Tunheim <br> Magistrate Judge Hildy Bowbeer |
| Plaintiff, | CASE NO. 0:22-cv-00582-JRT-HB |
| v. | |
| Trans Union LLC, et al. | **NOTICE OF SETTLEMENT WITH JARED THE GALLERIA OF JEWELRY ONLY** |
| Defendants. | |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Jared the Galleria of Jewelry, ("Jared") have settled all asserted claims between them. This notice applies to Jared **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: May 11, 2022          **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1

00745-Vang