# UNITED STATES DISTRICT COURT
## District of Minnesota

Peether Vang,

        Plaintiff(s)

v.

Trans Union, LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC,

        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-582 (JRT/TNL)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Date: 9/26/2022

KATE M. FOGARTY, CLERK

1